## DYER v. CITY OF MELROSE.

ERROR TO THE SUPERIOR COURT OF THE STATE OF
MASSACHUSETTS.

No. 93. Argued January 20, 1910.—Decided January 24, 1910.

A judgment of the state court sustaining a tax on property of an
officer of the United States Navy affirmed on the authority of
previous cases.[1]

197 Massachusetts, 99, affirmed.

Mr. Chester M. Pratt for plaintiff in error.

Mr. Claude L. Allen for defendant in error.

Per Curiam. Judgment affirmed with costs. Hibernia
Savings Society v. San Francisco, 200 U. S. 310; McIntosh v.
Aubrey, 185 U. S. 122; Railroad Co. v. Peniston, 18 Wall. 5;
case below, Dyer v. Melrose, 197 Massachusetts, 99.

---

[1] As stated in the brief of defendant in error:

"This case presents the single question whether money which the
plaintiff in error has received as salary or emoluments from the Federal
Government, after being so received and deposited in national banks,
subject to check, is exempt from taxation by local authorities in
Massachusetts, on the principle that a State cannot lay a tax upon
an office under the Government of the United States, nor upon any
means or instruments used solely for the maintenance of the Federal
Government or the performance of any of its functions."